IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:  Colt Holding Company, LLC, et al )
                                   )
_____  )
                                   )

USA  and UAW 376               )
                                   )
                                   )  Civ. No. 15-834-GMS
           Appellant,         )  Bankruptcy Case No. 14-11296 (LSS)
                                   )  BAP No. 48
      v.                      )
                                   )

COLT HOLDINGS COMPANY, LLC,  )
ET AL                               )
                                   )
           Appellees.         )

## ORDER

At Wilmington this 26ᵗʰ day of October, 2015, having received a

recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn

from the mandatory referral for mediation and proceed through the appellate process of

this court (D.I. 5);

IT IS ORDERED that the recommendation is accepted and briefing on this

bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **January 15, 2016.**

2. Appellees' brief in opposition to the appeal is due on or before **February 16, 2016.**

3. Appellant's reply brief is due on or before **March 1, 2016.**

_____
United States District Judge